IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Antonio Acevedo, | NO. C 09-04761 JW |
| Plaintiff, v. | **ORDER FOR INTRA-DISTRICT TRANSFER** |
| JP Morgan Chase, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-2(g), the Court finds that this action was improperly assigned to this division and that it should be transferred to San Francisco or Oakland division under Civil Local Rule 3-2(d).

The Court notes that Plaintiff filed an identical action on October 6, 2009 which was assigned to Judge Seeborg. See Acevedo v. JP Morgan Chase, et al., CV 09-04765. On October 7, 2009, Judge Seeborg issued an order for intra-district transfer and that action is now before Judge White. (Id. at Docket Item No. 4; Docket Item No. 7.).

Thus, although it appears that this action is identical to CV 09-04765 and can be dismissed on that basis, the Court leaves for the judge on reassignment to make the appropriate decision.

The Clerk shall transfer this case immediately.

Dated: December 17, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sharon Lynn Lapin lapinlaws@juno.com

| | |
|---|---|
| **Dated:  December 17, 2009** | **Richard W. Wieking, Clerk** |
| | **By:    /s/ JW Chambers**<br>       **Elizabeth Garcia**<br>       **Courtroom Deputy** |