1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  ANTONIO ACEVEDO,              )
                                  )
12            Plaintiff(s),       )    No. C09-4761 BZ
                                  )
13       v.                       )
                                  )    **SCHEDULING ORDER**
14  JP MORGAN CHASE, et al.,      )
                                  )
15            Defendant(s).       )
    _____)

16

17       This matter having been reassigned to me, **IT IS HEREBY**

18  **ORDERED** that the case management conference scheduled for

19  March 29, 2010 is **VACATED**.  A case management conference is

20  scheduled for **Monday, March 22, 2010 at 4:00 p.m.,** in

21  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

22  Avenue, San Francisco, California 94102.  All other dates in

23  the Order Setting Initial Case Management Conference and ADR

24  deadlines filed October 6, 2009 are **advanced one week**.

25       Plaintiff shall serve this Order on defendants.

26  Dated: December 30, 2009

27                                   Bernard Zimmerman
                                 United States Magistrate Judge

28  G:\BZALL\-BZCASES\ACEVEDO V. CHASE\SCHEDULING ORDER.wpd

1