UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ACEVEDO, | ) |
| Plaintiff(s), | ) No. C09-4761 BZ |
| v. | ) |
| JP MORGAN CHASE, et al., | ) **ORDER TO SHOW CAUSE** |
| Defendant(s). | ) |

Plaintiff filed this action on October 6, 2009.  To date, plaintiff has not filed a proof of service of his complaint. A Case Management Conference was scheduled for **MARCH 22, 2010**. Plaintiff failed to appear at the Case Management Conference and had not sought to have his presence excused.  Plaintiff also failed to file a Case Management Conference Statement. Plaintiff is therefore **ORDERED** to show cause in writing by **APRIL 5, 2010** why this case should not be dismissed for lack of prosecution and for failure to serve under Federal Rules of Civil Procedure 4(m).  A hearing on the Order to Show Cause is scheduled for **ARRIL 12, 2010, at 4:00 p.m.**, Courtroom G, 15th

//

1

Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 23, 2010

                              _____
                                      Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-BZCASES\ACEVEDO V. JP MORGAN CHASE\OSC ORD.wpd